E-Filed

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-6421-GHK (PJWx) | Date | February 14, 2011 |
|---|---|---|---|
| Title | *Encompass Ins. Co., et al. v. Mid-Century Ins. Co., et al.* | | |

**Presiding: The Honorable**          **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          **(In Chambers) Order re:** Order to Show Cause


        On January 7, 2011, we ordered Plaintiffs to show cause why this action should not be dismissed for lack of subject matter jurisdiction.  (Dkt. No. 16).  We noted that Plaintiffs had made an insufficient showing of Defendant Mid-Century Insurance Company's ("Mid-Century") citizenship.  On January 18, 2011, the Parties filed a stipulation that Mid-Century is incorporated in the State of California and has its principal place of business in California.  (Dkt. No. 17).  This is inadequate to show cause as required by our Order because "parties cannot stipulate to the presence of subject matter jurisdiction."  *Bldg. Material and Dump Truck Drivers, Local 420 v. Traweek*, 867 F.2d 500, 505 (9th Cir. 1989).  We will give Plaintiffs one final opportunity to make a *showing* of Mid-Century's citizenship.  Plaintiffs shall have a further **twelve (12) days hereof** to show cause, in writing, why this matter should not be dismissed without prejudice for lack of subject matter jurisdiction.  Failure to timely and adequately show cause shall be deemed Plaintiffs' admission that we lack subject matter jurisdiction over this action.  In that event, this action will be dismissed without prejudice.

        **IT IS SO ORDERED.**


|  | -- | : | -- |
|---|---|---|---|
| Initials of Deputy Clerk | | Bea | |