JS - 6
FILED: 4/2/12

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Encompass Insurance Company, et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>*Mid-Century Insurance Company, et al.*,<br><br>　　　　　　Defendants. | CASE NO. CV 10-6421-GHK (PJWx)<br><br>JUDGMENT |

　　Pursuant to the Court's April 2, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs Encompass Insurance Company and Glens Falls Insurance Company's ("Plaintiffs") claims against Defendants Mid-Century Insurance Company and Coast National Insurance Company are **DISMISSED with prejudice**.  Plaintiffs shall take nothing by this Complaint.

　　**IT IS SO ORDERED**.

　　DATED: April 2, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　United States District Judge