JS - 6
**FILED: 4/2/12**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Encompass Insurance Company, et al.*, | CASE NO. CV 10-6421-GHK (PJWx) |
| **Plaintiffs,** | JUDGMENT |
| v. | |
| *Mid-Century Insurance Company, et al.*, | |
| **Defendants.** | |

Pursuant to the Court's April 2, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs Encompass Insurance Company and Glens Falls Insurance Company's ("Plaintiffs") claims against Defendants Mid-Century Insurance Company and Coast National Insurance Company are **DISMISSED with prejudice**. Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: April 2, 2012

_____
GEORGE H. KING
United States District Judge